KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| DEANNA SPERRY | Bankruptcy No. 08-23469 |
| Debtor. | |



Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On August 21, 2009, Check # 107, in the amount of $39.51 was issued to Kevin G. Richards.

2. Said check was not cashed by the payee.

3. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 312211482366.

4. The last known name and address of the payee, to which the check was sent, is as follows:

Kevin G. Richards
746 East 1910 South, Ste. 5
Provo, Utah 84606

5. A check in the amount of $39.51, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 8th day of March, 2010.

KENNETH A. RUSHTON, Trustee



# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 8th day of March, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111